FILED
DEC 10 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

**Mark W. Swimelar**
**STANDING CHAPTER 12 & 13 TRUSTEE**
**250 South Clinton Street**
**2nd Floor**
**SYRACUSE, NEW YORK 13202**

**TELEPHONE: (315)471.1499**
**FAX: (315)471.4811**

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

December 7, 2009

Clerk - Bankruptcy Court
100 South Salina St. Suite 310
Syracuse, NY 13202

RECEIVED
DEC 10 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

12/10/2009
12-10-09 incorrect amt $263.91

RE: 06-32492 Johnson

Dear Clerk:

Enclosed please find check #776325 in the amount of $363.91. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.001

| Acct# | Name | Help Service Group |
|---|---|---|
| | Address | Hemar Ins. Corp of America |
| | | 5120 S. Solberg Ave. |
| | Address | Sioux Falls, SD 57108-2219 |

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

Kristie M Moore

Kristie M. Moore
Account Clerk

Enc.

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

**# 51000081 - JF**
*** * C O P Y * ***
**December 10, 2009**
**11:46:36**

**TREA REG**
**06-32492**

Debtor.: HARVEST JOHNSON
Judge..: MARGARET CANGILOS-RUIZ
Trustee: Mark Swimelar
Amount.: $263.91 CH
Check#.: 776325

**Total-> $263.91**

FROM: MARK W. SWIMELAR
250 SOUTH CLINTON ST., 2ND FLR
SYRACUSE, NY 13202

---

5S

**MARK W. SWIMELAR, TRUSTEE**
**CHAPTER 13**
250 SOUTH CLINTON STREET, 2nd FLOOR
SYRACUSE, NY 13202
(315) 471-1499

SUNTRUST BANK, FSB
64-79
611

**776325**

Void 60 Days After

CLAIM NO.
001

In RE

| DEBTOR'S NAME | MO. | DAY | YEAR | CASE NUMBER | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| HARVEST JOHNSON SR & VERLAN FONDREN-JOHNSON | 11 | 11 | 09 | 0632492 | $*****263.91 |

CLASSIFICATION
Unsecured
ACCT #: 8076

Unsecured Nonpriority

****************Two Hundred Sixty Three Dollars And 91/100************************

INTEREST PORTION

BALANCE DUE AFTER THIS CHECK

TO THE ORDER OF
CLERK OF BANKRUPTCY COURT
100 SOUTH SALINA STREET SUITE 310
SYRACUSE, NY 13202

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD AT LIGHT TO VIEW

⑈776325⑈ ⑆061100790⑆0000005394606⑈